IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEJANDRO ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY COURIER, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   1:16-CV-806-SCJ<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-styled case <u>without</u> prejudice for the first 60 days after filing. Thereafter the case will be considered to be dismissed <u>with</u> prejudice. Each Party to bear their own costs except as otherwise agreed.

Respectfully submitted this 3rd day of ~~March~~ April, 2017

_____
Alejandro Esparza

*Attorney Pro. Se.*

_____
Daniel M. Shea   by: [signature] with express permission
Georgia Bar No.
Michelle Johnson
Georgia Bar No.
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW
Suite 1700
Atlanta, GA 30363

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEJANDRO ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY COURIER, INC.,<br><br>Defendant. | CIVIL ACTION NUMBER<br>1:16-CV-806-SCJ |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-styled case <u>without</u> prejudice for the first 60 days after filing. Thereafter the case will be considered to be dismissed <u>with</u> prejudice. Each Party to bear their own costs except as otherwise agreed.

Respectfully submitted this 3rd day of ~~March~~ April, 2017

_____
Alejandro Esparza

*Attorney Pro. Se.*

_____
Daniel M. Shea   by: [signature] *with express permission*
Georgia Bar No.
Michelle Johnson
Georgia Bar No.
Nelson Mullins Riley & Scarborough, LLP
201 17th St. NW
Suite 1700
Atlanta, GA 30363